UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-2632-CBM-KS | Date | January 8, 2026 |
| Title | *Du v. Mayorkas et al.* | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| Daniel Torrez | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER TO SHOW CAUSE RE DISMISSAL**

     Plaintiff's complaint seeks declaratory and injunctive relief based on the United States Citizenship and Immigration Services ("USCIS's") alleged failure to adjudicate Plaintiff's I-589 Application for Asylum and for Withholding of Removal. (Dkt. No. 1.) On September 9, 2024, Defendants filed a "Notice of Mootness of Action" based on the fact USCIS had scheduled Plaintiff's interview for June 5, 2025. (Dkt. No. 9.) On September 12, 2024, the Court stayed the action until October 3, 2025 and ordered the parties to file a status report no later than September 26, 2025. (Dkt. No. 10.) No status report was filed by that date. On December 8, 2025, the Court ordered the parties to file a status report no later than December 18, 2025. (Dkt. No. 11.) On December 17, 2025, Defendants filed a unilateral status report and declaration wherein defense counsel declared USCIS issued a decision on Plaintiff's asylum application on June 25, 2025 and gave notice of USCIS's decision to Plaintiff on November 21, 2025 and December 9, 2025. (Buchanan Decl. ¶¶ 3, 6, 8.) Defense counsel also declares on December 9, 2025, he mailed Plaintiff a letter with the notice of USCIS's decision requesting Plaintiff to coordinate a joint status report and voluntary dismissal of the instant action, but no response was received from Plaintiff. (*Id*. ¶ 8.)

     Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE in writing no later than January 19, 2026** why this action should not be dismissed as moot in light of USCIS's adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal. A failure to respond to this ORDER TO SHOW CAUSE by that date shall result in dismissal of this action.

     **IT IS SO ORDERED.**